UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>D. SAMANIEGO, et al.,<br><br>    Defendant. | 1:17-cv-01703-MJS (PC)<br><br>**ORDER ON PLAINTIFF'S OBJECTIONS TO THE FIRST SCREENING ORDER**<br><br>(ECF Nos. 9, 11)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On January 22, 2018, this Court issued a screening order finding no cognizable claims, but granting leave for Plaintiff to amend. (ECF No. 8.) Plaintiff was provided the pleading requirements for claims for excessive force, deliberate indifference to medical needs, retaliation and malicious prosecution, and claims under state law. He also was informed that to state a viable claim he would have to link each Defendant to a specific alleged violation. (Id.) Rather than file an amended complaint, Plaintiff filed objections (ECF Nos. 9, 11) which included additional information about, and clarifications of, the claims he intended to pursue.

Objections are not the proper place to add factual allegations and clarifications.

Under Rule 72(a) of the Federal Rules of Civil Procedure, objections should identify the part or parts of the order which the party believes is "clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a).

Moreover, the Court cannot consider such objections in trying to determine whether Plaintiff's pleading stated a cognizable claim; Plaintiff's complaint must be complete in and of itself without reference to extraneous material. Local Rule 220; Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Plaintiff was given the opportunity to file an amended complaint which included and clarified his claims and, as noted, he was told what was necessary to do so successfully. The deadline for doing so has passed. However, given Plaintiff's pro se status and the fact no one will be prejudiced by delay, he is here granted an extension of time to file a first amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 21 days from the date of service of this order, Plaintiff shall file a first amended complaint; complete in and of itself without reference to extraneous material;
2. The Clerk of the Court is directed to forward Plaintiff a copy of the January 22, 2018 Order (ECF No. 8) and a civil rights complaint form; and
3. If Plaintiff fails to file a first amended complaint, or appropriate objections, the Court will recommend that this case to be dismissed due to his failure to obey a court order and to state a cognizable claim.

IT IS SO ORDERED.

Dated: March 2, 2018         /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE